```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 14866
   DORIS THOMAS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5103

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/13/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.01%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    PRIORITY        NOT FILED          .00             .00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED          .00             .00
ILLINOIS DEPT OF PUBLIC    PRIORITY        NOT FILED          .00             .00
AMERICAN HONDA FINANCE C   UNSECURED         5091.77          .00          175.25
CAPITAL ONE                UNSECURED         1022.44          .00           24.60
EDUCATION DIRECT           UNSECURED        NOT FILED          .00             .00
COMCAST                    UNSECURED        NOT FILED          .00             .00
NEWPORT NEWS INC           UNSECURED        NOT FILED          .00             .00
LASALLE BANK               UNSECURED        NOT FILED          .00             .00
LASALLE BANK               NOTICE ONLY     NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED          .00             .00
JACKSON PARK HOSPITAL      UNSECURED        NOT FILED          .00             .00
ACTIVITY COLLECTION SVC    UNSECURED          502.00          .00           17.27
SPRINT PCS                 UNSECURED        NOT FILED          .00             .00
LITTLE COMPANY OF MARY H   UNSECURED        NOT FILED          .00             .00
BALLYS                     UNSECURED         1026.00          .00           24.68
CITY OF CHICAGO            UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED          .00             .00
CAPITAL ONE                UNSECURED             .00          .00             .00
RANDALL A WOLFF            DEBTOR ATTY       974.00                        974.00
TOM VAUGHN                 TRUSTEE                                          82.16
DEBTOR REFUND              REFUND                                           22.80

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,320.76

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                      241.80

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14866 DORIS THOMAS
```

```
ADMINISTRATIVE                                              974.00
TRUSTEE COMPENSATION                                         82.16
DEBTOR REFUND                                                22.80
                                       ---------------    ---------------
TOTALS                                       1,320.76           1,320.76
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 05/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```